# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING CONDITIONS** |
| | ) | **OF RELEASE AND ORDER FOR** |
| vs. | ) | **TRANSPORT** |
| | ) | |
| Robin Rae Charbonneau, | ) | |
| | ) | Case No. 4:13-cr-100 |
| Defendant. | ) | |

On April 25, 2014, the court held a hearing on a petition for revocation of defendant's presentence release. AUSA Brandi Sasse Russell appeared on the Government's behalf. AFPD William Schmidt appeared on defendant's behalf.

As stated during the hearing, the court will permit defendant to be released to Centre, Inc., in Mandan, North Dakota when space is available. The court has been advised that space will be available on May 5, 2014. **IT IS ORDERED** that upon release, defendant shall comply with all previously imposed release conditions.

## ORDER FOR TRANSPORT

The United States Marshal is directed to transport defendant from Rugby on a scheduled transport on which space is available so that she can be admitted to Centre, Inc., in Mandan on or after May 5, 2014.

Dated this 25th day of April, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court